IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chestleigh Jr, Bernard | Case Number: 07 B 02482 |
|---|---|---|
| | Chestleigh, Angelisa Yvette | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 2/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,883.50 |  |
| Secured: |  | 1,762.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 445.28 |
| Administrative: |  | 1,466.50 |
| Trustee Fee: |  | 209.72 |
| Other Funds: |  | 0.00 |
| Totals: | 3,883.50 | 3,883.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,466.50 | 1,466.50 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 21,261.78 | 1,762.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,110.00 | 445.28 |
| 6. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 221.91 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 56.28 | 0.00 |
| 9. | Charming Shoppes-Fashion Bug | Unsecured | 7.02 | 0.00 |
| 10. | Capital One | Unsecured | 135.97 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 37.21 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 354.68 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 150.00 | 0.00 |
| 14. | Charming Shoppes-Fashion Bug | Unsecured | 48.52 | 0.00 |
| 15. | Sprint Nextel | Unsecured | 41.00 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 34.75 | 0.00 |
| 17. | Citizens Financial Services | Unsecured | 87.69 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 128.92 | 0.00 |
| 19. | Illinois Student Assistance Commission | Unsecured | 2,661.16 | 0.00 |
| 20. | Capital One | Unsecured | 118.01 | 0.00 |
| 21. | US Bank | Unsecured | 62.17 | 0.00 |
| 22. | Monterey Financial Services | Unsecured | 95.50 | 0.00 |
| 23. | Illinois Dept Of Employment Sec | Unsecured | 152.90 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 49.77 | 0.00 |
| 25. | Providian | Unsecured | 151.03 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chestleigh Jr, Bernard | Case Number: 07 B 02482 |
| | Chestleigh, Angelisa Yvette | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 2/13/07 |

| | | | | |
|---|---|---|---|---|
| 26. | RoundUp Funding LLC | Unsecured | 83.27 | 0.00 |
| 27. | AT&T Wireless | Unsecured | 85.99 | 0.00 |
| 28. | Portfolio Acquisitions | Unsecured | 258.34 | 0.00 |
| 29. | Nicor Gas | Unsecured | 194.25 | 0.00 |
| 30. | Ingalls Memorial Hospital | Unsecured | 2,618.07 | 0.00 |
| 31. | Capital One | Unsecured | 158.65 | 0.00 |
| 32. | Citicorp | Unsecured | | No Claim Filed |
| 33. | Citicorp | Unsecured | | No Claim Filed |
| 34. | Citicorp | Unsecured | | No Claim Filed |
| 35. | Citicorp | Unsecured | | No Claim Filed |
| 36. | Citicorp | Unsecured | | No Claim Filed |
| 37. | Citicorp | Unsecured | | No Claim Filed |
| 38. | Citicorp | Unsecured | | No Claim Filed |
| 39. | Coast To Coast Consultants | Unsecured | | No Claim Filed |
| 40. | Asset Acceptance | Unsecured | | No Claim Filed |
| 41. | TCF Bank | Unsecured | | No Claim Filed |
| 42. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 43. | Discover Financial Services | Unsecured | | No Claim Filed |
| 44. | Newport News | Unsecured | | No Claim Filed |
| 45. | Nicor Gas | Unsecured | | No Claim Filed |
| 46. | Midwest Emergency | Unsecured | | No Claim Filed |
| 47. | RMI/MCSI | Unsecured | | No Claim Filed |
| 48. | Superior Asset Management | Unsecured | | No Claim Filed |
| 49. | Seton Academy | Unsecured | | No Claim Filed |
| 50. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| 51. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 52. | MRSI | Unsecured | | No Claim Filed |

$ 31,831.34          $ 3,673.78

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 209.72 |

$ 209.72

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

